**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| LILLIAN NEWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-02701 |
| ) | |
| LOWE'S HOME CENTERS, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

Now comes Defendant, Lowe's Home Centers, LLC ("Defendant"), by counsel and pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446 and 28 U.S.C. §1332, hereby files its Notice of Removal of cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Howard County Superior Court, Kokomo, Indiana, and respectfully states:

1.  On August 26, 2020, Plaintiff Lillian Newman ("Plaintiff") commenced this action against Defendant by filing her Complaint for Damages ("Complaint") in Cause No. 34D01-2008-CT-001953 in the Superior Court of Howard County, Indiana alleging that Defendant was negligent in utilizing reasonable care in the inspection and maintenance of the premise causing the Plaintiff to trip and fall over a pallet left in an entryway causing permanent injuries.

2.  Defendant accepted service of the Summons and Complaint on or about September 1, 2020.

3. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Lowe's in the State Court Action are attached hereto as **Exhibit A**.

4. In an effort to determine whether this matter meets the jurisdictional threshold under 28 U.S.C. § 1446(a), Defendant served Plaintiff with Requests for Admission on October 15, 2019. Plaintiff served Responses to Defendant's First Request for Admissions Directed to Plaintiff wherein Plaintiff equivocated on the issue of damages but following a discussion with counsel upon receipt of the response, agreed that this Court would have jurisdiction over the claims and no request for remand would be filed. As result, Plaintiff acknowledged that she will be seeking damages in excess of $75,000.00. Plaintiff's Responses to Defendant's First Request for Admissions is attached hereto as **Exhibit B**.

5. This action involves a controversy between citizens of different states: (a) The Plaintiff, as alleged in her Complaint, was a customer at a Lowe's Home Improvement Center located at 4005 South Lafountain Street in Kokomo, Howard County, Indiana; (b) At the time of the commencement of this action Defendant was not, and is not a citizen of the State of Indiana, being a limited liability company organized and existing under the laws of the State of North Carolina, with its principal place of business in North Carolina. Lowe's Home Centers, LLC is a manager-managed LLC with a single member, Lowe's Companies, Inc. Lowe's Company, Inc. is a North Carolina foreign corporation with its principal place of business in North Carolina.

6. That this action is one which the District Court of the United States has been given original jurisdiction pursuant to 28 U.S.C. §1332.

7. As required by 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after Defendant's receipt of information advising that the claim meets the jurisdictional requirements.

8.      Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over this civil action in that it involves a controversy between citizens of different states and the amount in controversy as alleged by Plaintiff based on information to date exceeds $75,000.00, exclusive of interest and costs.  Thus, removal is proper in accordance with 28 U.S.C. § 1441(a).

9.      Pursuant to 28 U.S.C. § 1446(d), Defendant is filing a Notice of Filing the Notice of Removal with the Clerk of the Superior Court of Howard County, Indiana contemporaneously with the filing of said Notice of Removal in this Court, giving notice to all parties and the State Court.  A copy of the Notice of Filing the Notice of Removal (without its exhibits) is attached hereto as **Exhibit C**.

10.     Defendant has not filed any responsive pleadings in the State Court Action.

**WHEREFORE,** Defendant respectfully requests that this action proceed in the United States District Court for the Southern District of Indiana as a removed claim or cause of action under 28 U.S.C. §§, 1332, 1441 and 1446.

Respectfully submitted,

/s/ Pamela A. Paige
Pamela A. Paige (#16163-49)
PLUNKETT COONEY, P.C.
300 North Meridian, Suite 990
Indianapolis, Indiana 46204
P:  (317) 964-2730
F:  (317) 964-2744
Email:  ppaige@plunkettcooney.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 16, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the CM/ECF System. Parties may access this filing through the Court's system:

Phillip Olsson
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
*Counsel for Plaintiff*
philo@kennunn.com


                                            /s/ Pamela A. Paige
                                            Pamela A. Paige (16163-49)

Open.28226.04156.25053264-1