> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Lillian Newman v. Lowe's Home Centers, LLC

| | |
|---|---|
| Case Number | 34D01-2008-CT-001953 |
| Court | Howard Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 08/26/2020 |
| Status | 08/26/2020 , Pending  (active) |

## Parties to the Case

**Defendant**  Lowe's Home Centers, LLC

Address: c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

Attorney: Pamela A Paige
*#1616349, Retained*

300 N Meridian ST
STE 990
Indianapolis, IN 46204
317-964-2730(W)

**Plaintiff**  Newman, Lillian

Attorney: Phillip Dale Olsson
*#2941653, Retained*

KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

**08/26/2020**  **Case Opened as a New Filing**

**08/27/2020**  **Complaint/Equivalent Pleading Filed**
Complaint for Damages

Filed By:  Newman, Lillian
File Stamp:  08/26/2020

**08/27/2020**  **Appearance Filed**
Appearance

For Party:  Newman, Lillian
File Stamp:  08/26/2020

**08/27/2020**  **Subpoena/Summons Filed**
Summons to Lowe's

Filed By:  Newman, Lillian
File Stamp:  08/26/2020

**EXHIBIT A**

| 09/17/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Pamela A. Paige obo Defendant | |
| | For Party: | Lowe's Home Centers, LLC |
| | File Stamp: | 09/17/2020 |

| 09/17/2020 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Enlargement of Time to Move or Plead in Response to Plaintiff's Complaint | |
| | Filed By: | Lowe's Home Centers, LLC |
| | File Stamp: | 09/17/2020 |

| 09/18/2020 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Enlargment of time is granted up to and including October 21, 2020. ss | |
| | Order Signed: | 09/18/2020 |

| 09/19/2020 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Motion for Enlargement of Time ---- 9/18/2020 : Phillip Dale Olsson;Pamela A Paige |

| 10/07/2020 | **Service Returned Served (E-Filing)** | |
|---|---|---|
| | Return of Service for Lowe's | |
| | Filed By: | Newman, Lillian |
| | File Stamp: | 10/06/2020 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Newman, Lillian
Plaintiff

Balance Due (as of 10/16/2020)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/27/2020 | Transaction Assessment | 157.00 |
| 08/27/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE HOWARD | COURT |
| | ) SS: | | |
| COUNTY OF HOWARD | ) | CAUSE NO. | |

LILLIAN NEWMAN

     VS.

LOWE'S HOME CENTERS, LLC

## **COMPLAINT FOR DAMAGES**

     Comes now the plaintiff, Lillian Newman, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Lowe's Home Centers, LLC, alleges and says:

     1.     That on or about June 24, 2020, the plaintiff, Lillian Newman, was a customer at the Lowe's Home Improvement Center located at 4005 South Lafountain Street in Kokomo, Howard County, Indiana.

     2.     That on or about June 24, 2020, the plaintiff, Lillian Newman, tripped and fell over a pallet left in the entryway at said location, causing plaintiff to suffer serious injuries.

     3.     That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

     4.     That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

     5.     That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

     6.     That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

     7.     That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

-2-

8. That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9. That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses, lost wages, and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE


BY:   *s/ Phillip Olsson*
      Phillip Olsson, #29416-53
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: philo@kennunn.com


**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

-3-

KEN NUNN LAW OFFICE


BY:    *s/ Phillip Olsson*
         Phillip Olsson, #29416-53
         KEN NUNN LAW OFFICE
         104 South Franklin Road
         Bloomington, IN  47404
         Phone: (812) 332-9451
         Fax: (812) 331-5321
         E-mail: philo@kennunn.com

Phillip Olsson, #29416-53
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

Case 1:20-cv-02701-JMS-MJD   Document 1-1   Filed 10/16/20   Page 6 of 16 PageID #: 16
Filed: 8/26/2020 3:45 PM
Clerk
34D01-2008-CT-001953
Howard Superior Court 1
Howard County, Indiana

# APPEARANCE FORM (CIVIL)
## Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Lillian Newman<br>231 W Walnut Street<br>Sharpsville, IN  46068 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Phillip Olsson #29416-53<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:       812 332-9451<br>FAX:            812 331-5321<br>Email:  philo@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

    s/Phillip Olsson
Attorney-at-Law
(Attorney information shown above.)

CIRCUIT/SUPERIOR COURTS FOR THE COUNTY OF HOWARD
STATE OF INDIANA
COURTHOUSE, 104 N. BUCKEYE STREET
KOKOMO, INDIANA 46901
TELEPHONE: 765 456-2204

Lillian Newman

       Plaintiff(s)

VS.              No.

Lowe's Home Centers, LLC

       Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Lowe's Home Centers, LLC c/o Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**

  You have been sued by the person(s) named "plaintiff" in the court stated above.

  The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

  You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

  If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 8/27/2020                 _(signature)_   BS
                CLERK, HOWARD CIRCUIT/SUPERIOR COURTS

PHILLIP OLSSON, #29416-53
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

  A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____, 2020.

                       _____
                       SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX  By certified or registered mail with return receipt to above address.

☐  By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐  By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐  By serving his agent as provided by rule, statute or valid agreement, to-wit:

                KEN NUNN LAW OFFICE

                BY: _s/ PHILLIP OLSSON_____
                   ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF MAILING:** I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____
CLERK, HOWARD CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____, 2020, which copy is attached herewith.

_____
CLERK, HOWARD CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Howard County, Indiana.

Dated this __ day of _____, 2020.

_____
CLERK, HOWARD CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____ t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____ h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ _____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____ a nd by mailing a copy of the summons without the complaint to _____ a t _____ t he last known address of defendant(s).

All done in Howard County, Indiana.
Fees: $_____

_____
SHERIFF or DEPUTY

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HOWARD SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HOWARD | ) | CAUSE NO. 34D01-2008-CT-001953 |

LILLIAN NEWMAN,   )
                  )
    Plaintiff,    )
                  )
vs.               )
                  )
LOWE'S HOME CENTERS, LLC,  )
                  )
    Defendant.   )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1.  The party on whose behalf this form is being filed is:
    Initiating _____ Responding **XXXXXX** Intervening _____; and

    The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    **LOWE'S HOME CENTERS, LLC**

2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    **Pamela A. Paige, Attorney No. 16163-49**    Email: ppaige@plunkettcooney.com
    **PLUNKETT COONEY, P.C.**                    Telephone: (317) 964-2730
    **300 N. Meridian Street, Suite 990**        Fax: (317) 964-2744
    **Indianapolis, IN 46204**

    **IMPORTANT**: Each attorney specified on this appearance:

    (a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
    (b)   **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
    (c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

    Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):  **N/A**

4. This case involves child support issues: Yes \_\_\_\_ No **XX**

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order: Yes \_\_\_ No **XX**

6. This case involves a petition for involuntary commitment: Yes \_\_\_\_ No **XX**

7. There are related cases: Yes \_\_\_\_\_ No \_\_\_\_**XX**\_\_\_\_ (If yes, list on continuation page.)

8. Additional information required by local rule:

9. There are other party members: Yes \_\_\_\_\_ No **XX**

10. This form has been served on all other parties. Certificate of Service is attached: Yes **XX** No \_\_\_

        Respectfully submitted,

        PLUNKETT COONEY, P.C.

        /s/  Pamela A. Paige  
        Pamela A. Paige (#16163-49)  
        Attorney for Defendant  
        300 N. Meridian, Suite 990  
        Indianapolis, Indiana 46204  
        Telephone:  (317) 964-2730  
        Facsimile:  (317) 964-2744  
        Email:  ppaige@plunkettcooney.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 17, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the IEFS. Parties may access this filing through the Court's system:

Phillip Olsson
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404

                                            /s/  Pamela A. Paige
                                            Pamela A. Paige (16163-49)

Open.28226.04156.24907307-1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HOWARD SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HOWARD | ) | CAUSE NO. 34D01-2008-CT-001953 |

LILLIAN NEWMAN,                )
                               )
    Plaintiff,                )
                               )
vs.                            )
                               )
LOWE'S HOME CENTERS, LLC,      )
                               )
    Defendant.                )

**MOTION FOR ENLARGEMENT OF TIME TO MOVE OR PLEAD
IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, Lowe's Home Centers, LLC, hereby requests an enlargement of time within which it may file its motion or answer in response to Plaintiff's Complaint to, and including, October 21, 2020.

This Motion is based on the following grounds:

1. Plaintiff's Complaint was filed on August 26, 2020.

2. Defendant's answer is currently due on September 21, 2020.

3. Defense counsel will need additional time to adequately investigate and respond to the allegations contained in Plaintiff's Complaint.

4. This motion is being made in good faith and not for purposes of delay.

WHEREFORE, Defendant, Lowe's Home Centers, LLC, by counsel, requests that the Court grant an enlargement of time, to and including October 21, 2020, within which Defendant, Lowe's Home Centers, LLC, may respond or plead to Plaintiff's Complaint.

Respectfully submitted,

PLUNKETT COONEY, P.C.


/s/  Pamela A. Paige
Pamela A. Paige (#16163-49)
Attorney for Defendant
300 N. Meridian, Suite 990
Indianapolis, Indiana 46204
Telephone:  (317) 964-2730
Facsimile:  (317) 964-2744
Email:  ppaige@plunkettcooney.com


**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on September 17, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the IEFS.  Parties may access this filing through the Court's system:

Phillip Olsson
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404


/s/  Pamela A. Paige
Pamela A. Paige (16163-49)

Open.28226.04156.24907458-1

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HOWARD SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HOWARD | ) | CAUSE NO. 34D01-2008-CT-001953 |

LILLIAN NEWMAN,        )
                       )
    Plaintiff,         )
                       )
vs.                    )
                       )
LOWE'S HOME CENTERS, LLC,  )
                       )
    Defendant.         )

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

This cause came before the Court upon the motion of Defendant, Lowe's Home Centers, LLC, for an enlargement of time to move or plead. And the Court, being duly advised in the premises, NOW FINDS that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant, Lowe's Home Centers, LLC, is hereby granted an enlargement of time to, and including, October 21, 2020, within which to move or plead in response to Plaintiff's Complaint.

DATED: **September 18, 2020**

_____
JUDGE, HOWARD SUPERIOR COURT

Distribution:
All Counsel and Parties of Record

Open.28226.04156.24907460-1

**UNITED STATES**
**POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 09/07/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8319 7353 98. Our records indicate that this item was delivered on 09/01/2020 at 09:49 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

    LOWE'S HOME CENTERS LLC C/O CORPORATION SERVICE COMPANY
    135 N PENNSYLVANIA ST STE 1610
    INDIANAPOLIS IN 46204-2448

Customer Reference Number:    C2237384.12716862

Return Reference Number:    L. Newman

2

USPS MAIL PIECE TRACKING NUMBER:   42046204921489019403831973539 8
MAILING DATE:        08/27/2020
DELIVERED DATE:    09/01/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

  LOWE'S HOME CENTERS LLC C/O CORPORATION SERVICE COMPANY
  135 N PENNSYLVANIA ST STE 1610
  INDIANAPOLIS IN 46204-2448


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 08/27/2020 11:25 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 08/29/2020 07:45 | ORIGIN ACCEPTANCE | BLOOMINGTON,IN 47404 |
| 08/29/2020 09:00 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 08/30/2020 21:32 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 09/01/2020 06:42 | ARRIVAL AT UNIT | INDIANAPOLIS,IN 46204 |
| 09/01/2020 07:10 | OUT FOR DELIVERY | INDIANAPOLIS,IN 46204 |
| 09/01/2020 09:49 | DELIVERED INDIVIDUAL PICKED UP AT USPS | INDIANAPOLIS,IN 46204 |